Thomas Beamish and Simon Gorman, trading as Beamish & Gorman, appellees, v. E. D. Kimball & Company, appellant. Gen. No. 24,628.

Action to recover damages for conspiracy of defendant to prevent plaintiffs from obtaining supplies for use in their business. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed January 28, 1920. Thomson, P. J., specially concurring.

Northup, Fairbank & Klein, for appellant. M. D. Dolan and Freeman K. Blake, for appellees.

Mr. Justice Taylor delivered the opinion of the court.

---

Henry Meinshausen, appellant, v. Kaestner & Company, appellee. Gen. No. 24,678.

Action to recover for services rendered in procuring building contract. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed January 28, 1920.

Alexander H. Heyman, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Abe Cohn, appellee, v. National Dress Manufacturing Company, appellant. Gen. No. 24,774.

Action to recover balance due as commission under sales contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed January 28, 1920. Rehearing denied February 13, 1920.

Jacob Levy and Josiah Burnham, for appellant. Eisendrath & Solomon, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Frank H. Stephens, appellant, v. Milton A. Adams, appellee. Gen. No. 24,948.

Action to recover rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed January 30, 1920.

Fred S. Loomis, for appellant. Harry Hamill, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.